# United States Court of Appeals
## For The District of Columbia Circuit

_____

**No. 24-5244**                                         **September Term, 2024**

1:23-cv-01346-DLF

**Filed On:** May 12, 2025

Brian T. Kelleher,

        Appellant

    v.

Lee M. Zeldin, in his official capacity of administrator,

        Appellee

**BEFORE:** Henderson, Millett, and Walker, Circuit Judges

## O R D E R

Upon consideration of appellant's motion to dismiss the government's motion for summary affirmance, which the court construes as a petition for rehearing; appellant's motion filed May 6, 2025, which the court construes as a supplement to the petition for rehearing; and appellant's motion to stay the mandate, it is

**ORDERED** that the petition for rehearing be denied. It is

**FURTHER ORDERED** that the motion to stay the mandate be denied. Appellant has not shown that a petition for a writ of certiorari would present a substantial question and that there is good cause for a stay. See Fed. R. App. P. 41(d)(1).

**Per Curiam**

**FOR THE COURT:**
Clifton B. Cislak, Clerk

BY:   /s/
Daniel J. Reidy
Deputy Clerk